## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RALPH GREEN # 407230

Walker Correctional Institution

1153 East Street South

Suffield, Connecticut 06080

Civil No.

January 17, 2022

### V.

Lieutenant Franco ; Warden
Guadarrama ; Deputy Warden Vasquez ;
CTO Grady ; CTo Ortega ; Captain
Concepcion ; Captain Stanley ;
C/o Mathews ; C/o Mancini ; DHD Brown ;
Captain Salius ; and Nick Rodriguez,
(All defendants sued in their Individual and official capacities)

## JURY TRIAL
## REQUESTED

SCANNED at
and Emailed MUCI
1/25/22 by H 38 pages
date       initials   No.

## VERIFIED COMPLAINT

This is a Civil Rights complaint brought by a mentally ill
Connecticut state prisoner pursuant to 42 U.S.C. § 1983
in which the plaintiff claims the defendants retaliated by
means of torture to coerce the plaintiff into confessing to
alleged criminal activity which the plaintiff had no knowledge
about because the plaintiff would not cooperate with the
defendants original investigation the plaintiff was denied due
process and found guilty without a hearing of an SRG related
offense. Retaliated against and given Covid.

Section I - Constitutional Claims

1. The plaintiff claims that the defendants herein acted jointly and/or severally to infringe upon the plaintiffs rights as guaranteed by the United States Constitution in the following ways;

A. Intentionally making the plaintiff use the designated telephone for prisoners who were positive with Covid-19 in the Quarentine section when the plaintiff was negative for Covid-19, purposefully exposing plaintiff to said Covid-19 disease; in which the plaintiff tested positive for Covid-19 (7) days after using designated Covid-19 telephone, in retaliation for the plaintiffs refusal to confess to alleged criminal activity (said allegations ultimately proven false) was violative of the Eighth, Fifth and Fourteenth Amendments to the United States Constitution.

B. Denying the plaintiff's right to procedural due process for an SRG offense which the plaintiff was found guilty with no notice, no hearing, no opportunity to call witnesses, no advocate present (60) days after the plaintiff's original intoxication ticket at Osborn Correctional Institution in retaliation for the plaintiff's refusal to confess to alleged criminal activity was violative of the Fourteenth and Fifth Amendments to the United States Constitution.

C. Intentionally trying to kill the plaintiff and/or cause serious bodily harm by purposefully poisoning the plaintiff with a deadly disease; in which the defendant used as a biological weapon [covid-19] and laughed in the plaintiff's face when the plaintiff realized that he (plaintiff) was indeed poisoned is violative of the Eighth Amendment to the United States Constitution.

D. Purposefully exposing one's self by removing his flacid penis through his zipper, then the defendant asked the plaintiff, " is yours bigger than this?", the defendant began ejaculating his penis in a downward motion with a crazed look in his eyes and told the plaintiff that he was going to stuff this (penis) in the plaintiff's girls ass was violetive of the Fourth Amendment to the United States Constitution.

<u>Section II - Preliminary Statement</u>

2. The plaintiff, Ralph Green is a state prisoner with a long diagnosed history of mental illness, including but not limited to Bi-Polar Disorder, anxiety and Post Traumatic Stress Disorder.

3. The plaintiff has been housed at Walker Correctional Institution's (SRG) level (5) unit since the occurrance of the events described below.

4. While the defendants initially raided the plaintiff's dorm at Osborn Correctional Institution because the defendants claimed there was prevalent information reguarding possible marijauna use among prisoners housed in J-2 unit and that a correctional officer was bringing the marijauna inside Osborn Correctional Institution. Everyone inside the dorm was given urinalysis tests. The plaintiff and (5) other prisoners failed such test for THC and were placed in Segregation.

5. The defendants purposefully assaulted and tortured the plaintiff for (28) days because the defendants claimed the plaintiff had information reguarding a c/o that was bringing marijauna inside Osborn Correctional Institution and because the plaintiff did not cooperate in the defendants investigation he (plaintiff) was tortured and poisoned.

6. The defendants, subsequent to the aforementioned assault and torture threatened the plaintiff that he (plaintiff) better not file anymore grievances or defendant would bury plaintiff in SRG program. The plaintiff was not recieving regular showers, phone calls, and/or recreation.

7. The defendants, purposefully poisoned plaintiff by exposing said plaintiff to Covid-19, making plaintiff use a telephone in a unit where guarentined and sick prisoners were being housed with Covid-19. The plaintiff became violently ill with said Covid-19 and was transferred to MacDougal Correctional Institution guarentine unit to be treated for the disease (Covid-19).

8. The defendants would ultimately find the plaintiff guilty of an SRG related offense (60) days later with no notice, no hearing, no review of such evidence presented against plaintiff, no right to call witnesses and was not allowed an advocate.

9. After having thoroughly trampled on the rights and basic dignity of the plaintiff (as described below) the defendants transferred the plaintiff to a SRG, level (5) unit and because of said transfer and status change, the plaintiff has lost parole; as well as; phone privelages, limited commissary, No/ no jobs, no programs, one visit for (30) minutes a week and no religious services. The plaintiff is now housed at Walker Correctional Institution, as of the filing of this complaint.

## Section III - Parties

10. The plaintiff, Ralph Green, is a Connecticut state prisoner with a state inmate number of 407230. The plaintiff's mailing address is:

> Ralph Green # 407230
> Walker Correctional Institution
> 1153 East Street South
> Suffield, Connecticut 06080.

11. The First defendant, Lieutenant Franco, is the "Intelligence Unit" Lieutenant at Osborn Correctional Institution. Lieutenant Franco was directly involved in the biological weapons attack, assault, denial of due process and sexual misconduct to the plaintiff, also; Lieutenant Franco did not allow the plaintiff regular showers, no recreation for (28) days and no phone privelages for (21) days; which was adverse to policy and procedure set for all prisoners housed at Osborn Correctional Institution. The First defendants mailing address is:

> Lieutenant Franco
> Osborn Correctional Institution
> P.O. Box 100
> Somers, Connecticut 06071.

12. The second defendant, Warden Guadarrama, is the Warden at Osborn Correctional Institution. Warden Guadarrama was directly involved with creating a Covid-19 policy, which mandated each prisoner recieve a shower every day and a phone call everyday too. Upon several requests from the plaintiff to Warden Guadarrama for regular showers, phone calls and recreation, the plaintiff was held captive for (28) days and denied the basic rights of the rest of the population at Osborn Correctional Institution. The second defendant's mailing address is :

Warden Guadarrama
Osborn Correctional Institution
P.O. Box 100
Somers, Connecticut 06071.

13. The third defendant, Deputy Warden Vasquez, is the Deputy Warden at Osborn Correctional Institution. Deputy Warden Vasquez was directly involved with raising the plaintiff's level (3) status to a level (4) status when the plaintiff only had (2) class A tickets; constituting a revenge transfer of the plaintiff and held the plaintiff in segregation for (28) days with limited showers, no phone calls, no recreation. The third defendants mailing address is:

Deputy Warden Vasquez
Osborn Correctional Institution
P.O. Box 100
Somers, Connecticut 06071.

pg. 7

14. The Fourth defendant, C/O Ortega, is a correctional officer at Osborn Correctional Institution. C/O Ortega is responsible for writing an SRG class A ticket upon the plaintiff in retaliation for the plaintiff writing grievances and not cooperating with the defendants original investigation. The SRG class A ticket was delivered to the plaintiff (60) days after the plaintiff's original ticket, the plaintiff was housed in population at MacDougal Correctional Institution, the plaintiff was afforded no notification of such investigation. The Fourth defendants mailing address is :

> C/O Ortega
> Osborn Correctional Institution
> P.O. Box 100
> Somers, Connecticut 06071.

15. The Fifth defendant, Captain Concepcion, is a Captain at MacDougal Correctional Institution. Captain Concepcion signed and approved of the SRG ticket written by the defendants at Osborn Correctional Institution and automatically found the plaintiff guilty (2) days later with no hearing when the plaintiff clearly wrote "refused" in cursive, as directed by the defendants. The Fifth defendants mailing address is:

> Captain Concepcion
> MacDougal-Walker Correctional Institution
> 1153 East Street South
> Suffield, Connecticut 06080.

16. The Sixth defendant, Captain Stanley, is the "Intelligence Unit" Captain at MacDougal Correctional Institution. Captain Stanley approved of the SRG ticket written by the defendants at Osborn Correctional Institution with no notification, (60) days after the initial incident and found the plaintiff guilty (2) days later with no hearing. The plaintiff clearly wrote "refused" in cursive, as directed by the defendants. The sixth defendants mailing address is:

Captain Stanley
MacDougal Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

17. The Seventh defendant, C/o Mathews, is a correctional officer and ticket investigator at MacDougal Correctional Institution. C/o Mathews approved of the ticket written by Osborn Correctional Institution defendants and C/o Mathews claimed the plaintiff verbally pleaded guilty of the SRG offense and found the plaintiff guilty (2) days later with no hearing when the plaintiff clearly wrote "refused" in cursive, as directed by the defendants. The seventh defendants mailing address is:

C/o Mathews
MacDougal Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

18. The Eigth defendant, c/o Mancini, is a correctional
officer and ticket investigator at MacDougal Correctional
Institution. C/o Mancini approved of the ticket written
by Osborn Correctional Institution defendants. C/o Mancini
claimed the plaintiff verbally pleaded guilty of the SRG
offense and found the plaintiff guilty (2) days later with
no hearing when the plaintiff cleary wrote "refused" in cursive,
as directed by the defendants. The Eighth defendants mailing address is:

C/o Mancini
MacDougal Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

19. The Ninth defendant, DHO Brown, is the hearing officer that
was appointed at MacDougal Correctional Institution. DHO Brown
did not allow the plaintiff to present a defense, did not allow the plaintiff
to call witnesses and/or have an advocate. DHO Brown automatically found
the plaintiff guilty. DHO Brown claimed the plaintiff verbally plead guilty,
even though the plaintiff wrote "refusal" in cursive as instructed by DHO Brown
for a refusal. DHO Brown then printed (RALPH GREEN) next to plaintiff's refusal. The
Ninth defendants mailing address is:

DHO Brown
MacDougal Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

20. The Tenth defendant, Captain Salius, is a captain at Walker Correctional Institution. Captain Salius placed the plaintiff in the SRG block, changed the plaintiff's status to a level (5); which made the plaintiff ineligable for parole by such a status change. The tenth defendants mailing address is:

Captain Salius
Walker Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

21. The Eleventh defendant, Nick Rodriguez, is the District 1 Administrator for the Department of Corrections and his office is located at MacDougal Correctional Institution. Nick Rodriguez denied the plaintiff's appeal and claimed that the plaintiff signed all documentation and shows indistinct cursive style autographs. The cursive was distinctly written "refused", DHO Brown printed (RALPH GREEN). The Eleventh defendants mailing address is:

Nick Rodriguez
MacDougal Correctional Institution
1153 East Street South
Suffield, Connecticut 06080.

## Section IV – Exhaustion of Administrative Remedies

22. The plaintiff Filed an inmate grievance related to the claims made in this complaint on October 23, 2020; (3) Seperate grievances on November 9, 2020; (1) on January 21, 2021 and (1) on February 17, 2020.

23. The grievances referenced above at # 22 was processed by DOC personel and assigned Inmate Grievance procedure #'s 115-5160; 115-5184; 115-5185; 115-5186; T137-013150 and T137-013211.

24. The plaintiff maintains copies of all reciepts, notices and letters to the plaintiff From DOC officials and other relevant documents related to plaintiff's diligent, good Faith efforts to recieve a Final decision From the DOC.

25. The plaintiff Filed a FOIA request For, and recieved (although redacted beyond usefulness), multiple documents From the DOC related to the incidents alleged in this complaint and his (plaintiff's) Filings of administrative remedies, on time and in proper Form.

26. The DOC, and by extension all defendants named herein, have recieved more then "Fair notice", prior to the Filing of this complaint, of the Facts and nature of the claims raised herein.

## Section V - Statement of Facts

27. All Facts alleged in paragraphs One (1) through (26) twenty six above are hereby restated and incorporated in this paragraph as if Fully pleaded herein.

28. The plaintiff, Ralph Green, was at all times relevant to the instant complaint, a state of Connecticut prisoner that was housed at Osborn Correctional Institution in Somers, Connecticut transferred to MacDougal Correctional Institution on November 11, 2020.

29. The plaintiff has a long and well documented history, Far proceeding the incidents described herein, of severe mental illness, having multiple diagnoses including but not limited to, Bipolar Disorder and PTSD.

30. On October 7, 2020 at 9:00$^{am}$ at Osborn Correctional Institution the "Intelligence Unit" led by Lieutenant Franco removed the plaintiff and (5) other inmates From J-2 block aFter having Failed urinalysis tests for ~~that~~ Suboxin came back positive.

31. The plaintiff was placed in segregation under the direction of Lt. Franco (defendant) and issued (2) class A tickets For the same incident; Intoxication and Removal From Program.

32. Osborn Correctional Institution was on emergency lockdown due to a massive outbreak of Covid-19 within the prison. Every prisoner was allotted a shower everyday and a phone call everyday by memorandum from defendant Warden Guadarrama to prison population. Also by a lawsuit files by the ACLU - settlement.

33. Lt. Franco came to the plaintiff's cell on October 8, 2020, first shift at around 9:30 a.m.. Lt. Franco asked the plaintiff, "which staff member brought you in the weed?" (Snooxin?) The plaintiff replied, "I have no idea what your talking about". Lt. Franco then said, "o.k. you scumbag, if you don't tell me which staff member of mine brought you in the drugs, I'm going to Fuck your life, you'll find out who I am". The plaintiff responded, "I have no idea". Lt. Franco said, "o.k. have it your way". Lt. Franco then walked away from the plaintiff's cell.

34. On October 8, 2020 at 10:30 a.m. the plaintiff was given a Covid-19 swab test and the test results were negative.

35. At around 9:30 a.m on October 10, 2020, Lt. Franco came to the plaintiff's cell and asked the plaintiff if he (plaintiff) had changed his (plaintiff's) mind about cooperating with Lt. Franco's investigation into identifying the c/o who was bringing "weed" (Snooxin) inside the prison (Osborn C.I.).

36. The plaintiFF told Lt. Franco that he (plaintiFF) has no Knowledge oF where any "Weed" Suboxin came From.

37. Lt. Franco replied, " your going to Find out who I am, you want to play Fuckin games? I'm real good at playing games---- Remember, I gave you a chance". Lt. Franco then walked away From the plaintiFF cell.

38. On 10-14-20 classiFication raised the plaintiFF's level From a (3); to a (4). Administrative Directives 9.2 section 12(A) paragraph (3) states, DOC cannot use (2) tickets From the same incident, only the highest chargeable class oF oFFense shall be used. Lt. Franco made sure the plaintiFF was charged with both class A tickets Intoxication and Removal From a Program, seperately.

39. On 10-14-20 the plaintiFF's status was changed to pending transfer and he (plaintiFF) was moved to #91 cell in Segregation.

40. On 10-15-20 when Lt. Franco was doing tour the plaintiFF asked Lt. Franco when he (plaintiFF) was going to get his (plaintiFF) phone calls and regular showers? Lt. Franco said, "your not getting shit, write me up".

41. On 10-15-20 the plaintiff wrote to Deputy Warden Vasquez (defendant) about the plaintiff not recieving showers everyday and/or phone calls. The plaintiff did not recieve an answer. Per aclu settlewnt w/ the DOC —

42. On 10-22-20 the plaintiff wrote to Deputy Warden Vasquez about extreme temperatures, not recieving showers everyday and/or phone calls. The plaintiff did not recieve an answer.

43. On 10-29-20 the plaintiff wrote to Deputy Warden Vasquez about not recieving recreation, no regular showers and no phone calls. The plaintiff asked Deputy Warden Vasquez, "why are you not answering my requests?", there was no reply From Deputy Warden Vasquez.

44. On 10-30-20 Lt. Franco came to the plaintiff's cell and said, "You like to write so many requests about your phone, so, I will send someone to take you to the phone today".

45. On 10-30-20 shortly after Lt. Franco walked away From the plaintiff's cell around 11:30 am, the plaintiff was taken to the quarentine Unit in F-block to use the phone with no mask. The plaintiff was Unaware that the phone he (plaintiff) was using per Lt. Franco's order was designated For prisoners sick with Covid-19.

46. On 10-30-20 at around 1:30 p.m. afternoon the plaintiff was in his (plaintiff's) cell when Lt. Franco appeared at the plaintiff's cell looking inside, Lt. Franco was leaning against the wall with one leg, Lt. Franco said, "I was going through your pictures and I saw the picture's of your girl in her panties, I must admit, I was aroused, do you think she would fuck with the other side? (meaning c/o's). The plaintiff responded by saying, "all my property better be put back when I get transferred". Lt. Franco said, "I'm keeping the pictures". Lt. Franco then unzipped his pants, pulled his flaccid penis out and asked the plaintiff, "is yours bigger than this? (referring to defendants penis), the plaintiff was in disbelief and asked, "what is wrong with you man?". Lt. Franco the began pulling his penis in a downward motion and said, "I am going to stuff this (penis) in your girls ass". Lt. Franco then zipped up his pants, winked at the plaintiff and walked away. The plaintiff was confused and in shock.

47. On 11-3-20 the plaintiff was again taken to the quarantine phone in E-block to call plaintiff's family under the directions of Lt. Franco.

48. When the plaintiFF was Finished using the phone, the plaintiFF was being escorted back to #91 cell, Lt. Franco was waiting by the stairs For the plaintiFF and said "I hope your immune system is strong". The plaintiFF asked, "Why would you say that?". Lt. Franco said, "because that's the Covid phone, For people who are sick", while Lt. Franco condescendingly laughed in the plaintiFF's Face. The plaintiFF asked, "Why would you do that to me?". Lt. Franco said, "you got to use the phone didn't you", while Lt. Franco giggled.

49. On 11-6-20 the Mental Health Doctor came to visit the plaintiFF, the plaintiFF was very anxious, depressed and sick.

50. The plaintiFF was tested For Covid-19 on 11-8-20.

51. On 11-11-20 the plaintiFF's covid-19 test came back positive.

52. On 11-11-20 the plaintiFF was transFerred to MacDougal Correctional Institution to the Covid-19 unit to be treated For the disease that Lt. Franco purposeFully exposed and contaminated the plaintiFF with.

53. On 11-18-20 The plaintiff's property was delivered to MacDougal Correctional Institution From Osborn Correctional Institution.

54. The plaintiff was missing discovery papers From his (plaintiff's) legal case, an address book, pictures of plaintiff's wife in her bra and panties and sexual orientated letters From plaintiff's wife.

55. On 11-20-20 the plaintiff was moved From the quarentine Unit to O-pod a population Unit at MacDougal Correctional Institution, as a level (4) prisoner.

56. The plaintiff's mother contacted Lt. Franco at Osborn Correctional Institution by telephone to enquire about the plaintiff's missing property. Lt. Franco told the plaintiff's mother that the plaintiff was not getting his property back. Lt. Franco then told the plaintiff's mother that if the plaintiff continued to write grievances on him, that he (Lt. Franco) was going to bury the plaintiff in the SRG program and take away all plaintiff's privelages and the plaintiff's parole.

57. On 11-28-20 the plaintiff wrote a grievance about Lt. Franco threatening his mother.

58. On 12-7-20 at 3:00 p.m. the plaintiff was called to medical and met by the "intelligence Unit" led by defendant Captain Concepcion. The plaintiff was taken to segregation for an SRG ticket that Lt. Franco sent to defendant Captain Stanley (60) days after the initial incident at Osborn Correctional Institution with no notification.

59. On 12-10-20 the plaintiff was transferred to Walker Correctional Institution and placed in Segregation as an SRG inmate.

60. On 12-15-20 the plaintiff was brought to see DHO Brown in the AP building at Walker Correctional Institution.

61. Defendant DHO Brown asked the plaintiff if he (plaintiff) wanted to plead guilty. The plaintiff replied, "No". The plaintiff asked DHO Brown to show him (plaintiff) the evidence against him (plaintiff). DHO Brown told the plaintiff, "No. your guilty". The plaintiff then asked DHO Brown, "did you see the evidence against me?", DHO Brown said, "No, I only have a report from Lt. Franco and your guilty". The plaintiff then asked DHO Brown for an advocate and a hearing. DHO Brown said, "your guilty, there is no hearing". DHO Brown then told the plaintiff to sign the SRG ticket and admit guilty; or sign refused. The plaintiff signed "refused" in cursive and DHO Brown printed RALPH GREEN next to the "refused".

62. On 12-15-20 the plaintiFF was given a class A SRG ticket with the sanctions and the ticket said the plaintiFF pled guilty. The plaintiFF never pled guilty.

63. The plaintiFF was moved into the SRG Unit at Walker Correctional Institution by deFendant Captain Salius.

64. On 12-15-20 the plaintiFF Filed an appeal to the SRG Class A ticket.

65. On 1-26-21 deFendant District Administrator Nick Rodriguez Found the plaintiFF's appeal to be without merit and claimed the plaintiFF entered a verbal guilty plea and signed all documentation with indistinct cursive style autographs. The plaintiFF's appeal was denied.

66. The plaintiFF was assaulted and tortured by the deFendant's For no apparent reason. The plaintiFF SUFFers From permanent breathing problems now due to being purposeFully exposed to Covid-19, the plaintiFF ultimately was contaminated with Covid-19 and was deathly ill For (2) weeks and now has to use an inhaler at night because the plaintiFF wakes up unable to breath at night due to catching Covid-19.

## Section VI - Capacity of Defendants

67. All defendants are being sued in their Official and Individual Capacities.

## Section VII - Previous Lawsuits

68. The plaintiff has not filed any action which relied upon; or related to the facts alleged herein.

## Section VIII - Previously Dismissed Actions or Appeals

69. The plaintiff has had no previously dismissed actions; or appeals.

## Prayer For Relief

Whereas, the plaintiff seeks a declaratory judgement from the court, finding the actions and/or inactions of the defendants, as described throughout this complaint, to be violative of the previously cited provisions of the United States Constitution.

Whereas, the plaintiff seeks compensatory damages in the amount of $250,000.00 per defendant.

Whereas, the plaintiff seeks punitive damages in an amount to be determined at trial.

Whereas, the plaintiff seeks no incarceration fees to be deducted from any damages awarded by the Honorable Court.

Whereas, the plaintiff seeks any other relief as law and equity may allow, or as determined by this Honorable Court.

Trial: The Plaintiff Requests a Jury Trial

Notary: [signature] 1/21/22    By The Plaintiff

Anthony O. Warrick
Notary Public
State of Connecticut
My Commission Expires 2/28/2025

[signature]                    1-21-2022
Ralph Green # 407230
Walker C.I.
1153 East Street South
Suffield, CT. 06080.

## Declaration Under Penalty Of Perjury

I, Ralph Green, hereby declare under penalty of perjury, that I am the plaintiff in the above action, that I have thoroughly read and reviewed the complaint, and that the information in the complaint is true and accurate to the best of my knowledge.

I make this declaration pursuant to 28 U.S.C. § 1746, understanding that if I lie in this complaint I could be prosecuted for perjury and punished with as much as (5) years in prison and/or a fine of up to $250,000.00.

_Ralph Green_          1-21-2022

RALPH GREEN-PLAINTIFF

_Notary_          _1/21/2022_

Anthony C. Warrick
Notary Public
State of Connecticut
My Commission Expires 2/28/2025